TAYLOR G. SELIM
Nevada Bar No. 12091
**HARPER | SELIM**
1707 Village Center Circle, Suite 140
Las Vegas, Nevada 89134
Phone: (702) 948-9240
Fax:     (702) 778-6600
Email: eservice@harperselim.com
*Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAMEEKA PAIGE, individually and on behalf of all others similarly situated;<br><br>Plaintiff,<br><br>vs.<br><br>ENHANCED RECOVERY COMPANY, LLC<br><br>Defendant. | CASE NO.: 2:18-CV-00886-APG-CWH<br><br>**DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** |

Defendant Enhanced Recovery Company, LLC (ERC or "Defendant"), by and through its undersigned counsel, moves this Court pursuant to Federal Rule of Civil Procedure 6 and Local Rule 6-2 for an extension of time to answer or otherwise plead to Plaintiff Shameeka Paige's Class Action Complaint filed on May 16, 2018, and in support thereof, states as follows:

1. On May 16, 2018, Plaintiff, Shameeka Paige ("Plaintiff"), filed her Complaint alleging violations of federal law against ERC. ERC's deadline to respond to the Complaint is presently set for June 12, 2018.

2. Upon being served with the Complaint, ERC attempted to confer with counsel for Plaintiff regarding the merits of the claims asserted against it and the possibility of reaching an amicable resolution of the matter without the need to engage in further litigation.

3. The parties have as of yet been unable to resolve this matter.

4. As such, ERC requests a fourteen-day extension of time through and including June 26, 2018, within which to file and serve its responsive pleading to the Complaint in order for ERC to conduct an investigation of Plaintiff's allegations and prepare a complete and thorough response to the Complaint.

5. Given the deadline to respond to the Complaint, ERC retained the services of undersigned counsel on June 11, 2018, to protect its rights.

6. This is the first request for extension in this matter. This request for extension is made in good faith and for good cause, and is not presented for the purposes of delay of these proceedings. No prejudice will be suffered by any party as a result of the requested extension.

7. Plaintiff's counsel consents to the proposed extension.

WHEREFORE, Defendant Enhanced Recovery Company, LLC moves this Court for an extension of time to answer or affirmatively plead to Plaintiff Shameeka Paige's Complaint through and including June 26, 2018, and for any other appropriate and just relief.

DATED this 12th day of June 2018.

**HARPER | SELIM**

_____
TAYLOR G. SELIM
Nevada Bar No. 12091
1707 Village Center Circle, Suite 140
Las Vegas, NV 89134
*Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC*

## *ORDER*

IT IS SO ORDERED.

DATED this __13__ day of ____June____ 2018.

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Rule 5(b) of the Federal Rules of Civil Procedure, I hereby certify under penalty of perjury that I am an employee of HARPER | SELIM and that on the 12th day of June 2018, the foregoing **DEFENDANT ENHANCED RECOVERY COMPANY, LLC'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD** was served upon the parties via the Court's e-Filing and service program, addressed as follows:

> Robert M. Tzall, Esq.
> LAW OFFICES OF ROBERT M. TZALL
> 7735 Commercial Way, Suite 100
> Henderson, NV 89011
> *Attorney for Plaintiff*

*/s/ Lisa L. Johnson*
An Employee of
HARPER | SELIM