MARC S. CWIK, ESQ.
Nevada Bar No. 006946
LEWIS BRISBOIS BISGAARD & SMITH LLP
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, Nevada 89118
(702) 893-3383 Tel.
(702) 893-3789 Fax
E-Mail: Marc.Cwik@lewisbrisbois.com

STEPHEN H. TURNER, ESQ.
California Bar No. 89627 (Admitted Pro Hac Vice)
LARISSA G. NEFULDA, ESQ.
California Bar No. 201903 (Admitted Pro Hac Vice)
LEWIS BRISBOIS BISGAARD & SMITH LLP
633 W. 5th Street, Suite 4000
Los Angeles, CA 90071
213.250.1800
FAX: 213.250.7900
E-Mail: Stephen.Turner@lewisbrisbois.com
       Larissa.Nefulda@lewisbrisbois.com

*Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAMEEKA PAIGE, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>ENHANCED RECOVERY COMPANY, LLC,<br><br>    Defendants. | CASE NO. 2:18-cv-00886-APG-CWH<br><br>**[PROPOSED] STIPULATION TO ENLARGE DISCOVERY PLAN AND SCHEDULING ORDER (FIRST REQUEST)** |

Pursuant to LR 6-1 and LR 26-4, the parties, by and through their respective counsel of record, hereby stipulate and request that this Court extend discovery in the above-captioned case by approximately sixty days (60) days. In addition, the parties request that the dispositive motion and pretrial order deadlines be extended as outlined herein.

On March 6, 2019, Defendant's and Plaintiff's counsel met and conferred regarding the request for extending the discovery deadlines, pursuant to this Court's Order, Document No. 17,

issued September 19, 2019. The parties agreed to extend the discovery deadlines as discussed further below.

In support of this Stipulation and Request, the parties state as follows:

1. Plaintiff filed his Complaint on May 16, 2018.
2. On June 26, 2018, Defendants filed their Answer to Plaintiff's Complaint.
3. On September 17, 2018, the parties prepared and filed their Proposed Discovery Plan and Scheduling Order. The current discovery cut-off date is March 25, 2019.
4. The Parties have exchanged Initial Disclosures.
5. Plaintiff and Defendant propounded written discovery requests on February 8, 2019. Plaintiff and Defendant each need additional time to respond to discovery. Thus, they have agreed to serve discovery responses by March 18, 2019.
6. On February 8, 2019, Plaintiff served a Notice of Taking Defendant's Deposition pursuant to F.R.Civ.P. 30(6)(b). The deposition is noticed for March 19, 2019. Due to scheduling conflicts, Defendant and Defendant's counsel's need to reschedule the March 19, 2019 deposition to a date after March 27, 2019.
7. On March 6, 2019, Defendant served a Notice of Taking Plaintiff's Deposition. The deposition is noticed for March 18, 2019.
8. The parties have engaged in settlement negotiations and are continuing to engage in settlement discussions to avoid unnecessary further costs of litigation.

## DISCOVERY REMAINING

1. Plaintiff's deposition
2. Defendant's deposition
3. Deposition of any individuals identified in discovery responses

This Request for an extension of time is not sought for any improper purpose or other purpose of delay. Rather, it is sought by the parties solely for the purpose of allowing sufficient time to attempt to resolve this matter and, if that cannot be accomplished, to finish conducting all necessary and appropriate discovery within the extended discovery period.

## WHY REMAINING DISCOVERY HAS NOT BEEN COMPLETED

The parties are currently in ongoing negotiations to attempt to resolve this matter and believe the additional time request will allow for further good faith effort to settle the claims. The additional requested time will allow Plaintiff and Defendants to review discovery responses and prepare for either depositions or file dispositive motions if settlement negotiations are unsuccessful. Further, due to Defendant and Defendant's counsel's scheduling conflicts, Defendant is not available for deposition until after March 27, 2019.

## SHOWING OF GOOD CAUSE

Pursuant to LR 26-4,

> A motion or stipulation to extend a deadline set forth in a discovery plan must be received by the court no later than 21 days before the expiration of the subject deadline. A request made within 21 days of the subject deadline must be supported by a showing of good cause. A request made after the expiration of the subject deadline will not be granted unless the movant also demonstrates that the failure to act was the result of excusable neglect.

The parties request for an extension of discovery complies with Local Rules 6-1 and 26-4 and should be granted. The Request for an extension is based on good cause and any deadlines missed was due to excusable neglect. Defendants have met and conferred with Plaintiff's counsel and they agreed to the proposed schedule.

The following is a list of current discovery deadlines and the parties' proposed extended deadlines:

| Scheduled Event | Current Deadline | Proposed New Deadline |
|---|---|---|
| Protective Order | *October 15, 2018* | *March 15, 2019* |
| Interim Status Report | *January 24, 2019* | *April 30, 2019* |
| Discovery Cut-off | *March 25, 2019* | *May 24, 2019* |
| Deadline to File Dispositive Motion | *April 24, 2019* | *June 21, 2019* |
| Pretrial Order | *May 24, 2019* | *July 19, 2019* |

| | |
|---|---|
| 1 | This extension of time will allow sufficient time to conduct discovery in this case, prepare |
| 2 | dispositive motions, and adequately prepare the respective cases for trial. |
| 3 | This is the first request for extension of time in this matter.  The parties respectfully submit |
| 4 | that the reasons set forth above constitute compelling reasons, good cause, and excusable neglect for |
| 5 | the short extension. |
| 6 | APPROVED AS TO FORM AND CONTENT. |
| 8 | DATED this 8th day of March, 2019. |

LEWIS BRISBOIS BISGAARD & SMITH LLP

By    */s/ Marc S. Cwik*
MARC S. CWIK, ESQ.
Nevada Bar No. 06946
6385 S. Rainbow Boulevard, Suite 600
Las Vegas, NV 89118
(702) 893-3383 Tel.
(702) 893-3789 Fax
Marc.Cwik@lewisbrisbois.com

STEPHEN H. TURNER, ESQ.
CA Bar No. 89627 (Admitted Pro Hac Vice)
LARISSA G. NEFULDA, ESQ.
CA Bar No. 201903 (Admitted Pro Hac Vice)
633 W. 5th Street. Suite 4000
Los Angeles, CA 90071
(213) 250-1800 Tel.
(213) 250-7900 Fax
Larissa.Nefulda@lewisbrisbois.com
Stephen.Turner@lewisbrisbois.com

*Attorneys for Defendant ENHANCED RECOVERY COMPANY, LLC*

MARCUS & ZELMAN LLC

By    */s/ Yitzchak Zelman*
Yitzchak Zelman, ESQ.
(Admitted Pro Hac Vice)
701 Cookman Avenue – Suite 300
Asbury Park, NJ 07712
(732) 695-3282 Tel.
(732) 298-6256
Yzelman@MarcusZelman.com
*Attorneys for Plaintiff*

IT IS SO ORDERED.

DATED: Mar 13, 2019

_____
C.W. HOFFMAN, JR.
UNITED STATES MAGISTRATE JUDGE

**ORDER**

IT IS SO ORDERED.

DATED: _____

_____
UNITED STATES MAGISTRATE JUDGE

**CERTIFICATE OF SERVICE**

Pursuant to Fed. R. Civ. P. 5(b), I hereby certify that I am an employee of LEWIS BRISBOIS BISGAARD & SMITH LLP and that on this 8th day of March 2019, I did cause a true and correct copy of the foregoing **DEFENDANT'S NOTICE OF TAKING DEPOSITION OF PLAINTIFF SHAMEEKA PAIGE** to be served via electronic service by the U.S. District Court CM/ECF system to the parties on the Electronic Filing System.

| *Attorney* | *Party* | *Phone/Fax* |
|---|---|---|
| Robert M. Tzall, Esq.<br>Law Offices of Robert M. Tzall<br>7735 Commercial Way, Suite 100<br>Henderson, VN 89011<br>robert@tzalllegal.com | Plaintiff | (702) 666-0233 Tel. |
| Yitzchak Zelman, Esq.<br>Marcus & Zelman, LLC<br>1500 Allaire Ave.<br>Ocean, NJ 07712<br>yzelman@MarcusZelman.com | Plaintiff | (732) 695-3282 Tel.<br>(732) 298-6256 Fax |

Sue Awe, Employee of LEWIS BRISBOIS BISGAARD & SMITH LLP