# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| SHAMEEKA PAIGE,<br><br>　　Plaintiff<br><br>v.<br><br>ENHANCED RECOVER COMPANY LLC,<br><br>　　Defendant | Case No.: 2:18-cv-00886-APG-CWH<br><br>**Order to File Proposed Joint Pretrial Order** |

Pursuant to the scheduling order (ECF No. 21), the proposed joint pretrial order was due July 19, 2019. Nothing has been filed.

IT IS THEREFORE ORDERED that the parties shall file the proposed joint pretrial order by August 23, 2019.

DATED this 6th day of August, 2019.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE